IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS and CARPENTERS LOCAL 742, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 01-3019 |
| DAVE WOOLRIDGE SR, d/b/a DESIGN FLOORING, | ) ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES, BRITT W. SOWLE, of Cavanagh & O'Hara and hereby enters his appearance as co-counsel on behalf of Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al.

Respectfully submitted,

CENTRAL ILLINOIS CARPENTERS HEALTH
AND WELFARE TRUST FUND, et. al.

By: s/Britt W. Sowle
　　One of Plaintiff's Attorneys
　　CAVANAGH & O'HARA
　　1609 North Illinois Street
　　Swansea, Illinois 62226
　　(618)222-5945 - Telephone
　　(618)222-6755 - Facsimile
　　britt@cavanagh-ohara.com