**E-FILED**
Thursday, 26 January, 2006  11:03:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS | ) | |
| HEALTH & WELFARE TRUST FUND, | ) | |
| MID-CENTRAL ILLINOIS DISTRICT | ) | |
| COUNCIL OF CARPENTERS and | ) | |
| CARPENTERS LOCAL 742, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 01-3019 |
| | ) | |
| DAVE WOOLRIDGE SR, d/b/a | ) | |
| DESIGN FLOORING, | ) | |
| | ) | |
|     Defendant. | ) | |

**Certificate of Service**

I hereby certify that on January 26, 2006, I electronically filed an Entry of Appearance

with the Clerk of Court using the CM/ECF system and I hereby certify that on January 26, 2006,

I mailed by United States Postal Service, the documents(s) to the following non-registered

participants:

Design Flooring
Attn:  Dave Woolridge, Sr.
2120 South 6th Street
PO Box 162
De Land, Illinois 61839

Respectfully submitted,
s/britt w. sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com