## SETTLEMENT AGREEMENT

It is hereby agreed by and between CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, hereinafter referred to as CARPENTERS, and DAVE WOOLRIDGE, SR. d/b/a DESIGN FLOORING, hereinafter referred to as DESIGN FLOORING, to enter into a Settlement Agreement with respect to the delinquent contributions, liquidated damages and interest owed to CARPENTERS by DESIGN FLOORING.

WITNESSETH:

1. CARPENTERS filed a Complaint against DESIGN FLOORING in the United States District Court, entitled <u>Central Illinois Carpenters Health and Welfare Trust Fund vs. Dave Woolridge, Sr. d/b/a Design Flooring</u>, Case No.: 01-3019 for the payment of unpaid employee benefit contributions plus interest, liquidated damages, and attorney fees.

2. DESIGN FLOORING agrees to make monthly installments to CARPENTERS to retire the balance of $12,555.25 representing employee benefit contributions for the months of April 1, 1999 through June 30, 2000, plus liquidated damages, interest and attorney fees and costs, for a balance of $19,765.68, plus a nine percent (9%) interest per annum calculated on the $12,555.25 in contributions owed in the sum of $1,129.97 for a total amount due from SELECTIVE to CARPENTERS of $20,895.65 as follows:

| PAYMENT DUE DATE | PAYMENT AMT | BALANCE DUE |
| --- | --- | --- |
| October 1, 2004 | $417.91 | $20,477.74 |
| November 1, 2004 | $417.91 | $20,059.83 |
| December 1, 2004 | $417.91 | $19,641.92 |
| May 1, 2005 | $417.91 | $19,224.01 |
| June 1, 2005 | $417.91 | $18,806.10 |
| July 1, 2005 | $417.91 | $18,388.19 |
| August 1, 2005 | $417.91 | $17,970.28 |
| September 1, 2005 | $417.91 | $17,552.37 |
| October 1, 2005 | $417.91 | $17,134.46 |
| November 1, 2005 | $417.91 | $16,716.55 |



EXHIBIT A

| | | |
|---|---|---|
| December 1, 2005 | $417.91 | $16,298.64 |
| May 1, 2006 | $417.91 | $15,880.73 |
| June 1, 2006 | $417.91 | $15,462.82 |
| July 1, 2006 | $417.91 | $15,044.91 |
| August 1, 2006 | $417.91 | $14,627.00 |
| September 1, 2006 | $417.91 | $14,209.09 |
| October 1, 2006 | $417.91 | $13,791.18 |
| November 1, 2006 | $417.91 | $13,373.27 |
| December 1, 2006 | $417.91 | $12,955.36 |
| May 1, 2007 | $417.91 | $12,119.54 |
| June 1, 2007 | $417.91 | $11,701.63 |
| July 1, 2007 | $417.91 | $11,283.72 |
| August 1, 2007 | $417.91 | $10,865.81 |
| September 1, 2007 | $417.91 | $10,447.90 |
| October 1, 2007 | $417.91 | $10,029.99 |
| November 1, 2007 | $417.91 | $9,612.08 |
| December 1, 2007 | $417.91 | $9,194.17 |
| May 1, 2008 | $417.91 | $8,776.26 |
| June 1, 2008 | $417.91 | $8,358.35 |
| July 1, 2008 | $417.91 | $7,940.44 |
| August 1, 2008 | $417.91 | $7,522.53 |
| September 1, 2008 | $417.91 | $7,104.62 |
| October 1, 2008 | $417.91 | $6,686.71 |
| November 1, 2008 | $417.91 | $6,268.80 |
| December 1, 2008 | $417.91 | $5,850.89 |
| May 1, 2009 | $417.91 | $5,432.98 |
| June 1, 2009 | $417.91 | $5,015.07 |
| July 1, 2009 | $417.91 | $4,597.16 |
| August 1, 2009 | $417.91 | $4,179.25 |
| September 1, 2009 | $417.91 | $3,761.34 |
| October 1, 2009 | $417.91 | $3,343.43 |
| November 1, 2009 | $417.91 | $2,925.52 |
| December 1, 2009 | $417.91 | $2,507.61 |
| May 1, 2010 | $417.91 | $2,089.70 |
| June 1, 2010 | $417.91 | $1,671.79 |
| July 1, 2010 | $417.91 | $1,253.88 |
| August 1, 2010 | $417.91 | $835.97 |
| September 1, 2010 | $417.91 | $418.06 |
| October 1, 2010 | $418.06 | $0.00 |

3. <u>The above payments are to be made by cashier's check or money order payable to</u> <u>CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND</u>. Payments are to be mailed to the offices of Cavanagh & O'Hara, 407 East Adams, P.O. Box 5043, Springfield,

Illinois 62705.

4. It is agreed between the parties that if DESIGN FLOORING complies with CARPENTERS in full with this Settlement Agreement, no further collection proceedings will be instituted. However, should DESIGN FLOORING fail to make the payments as outlined above, this Settlement Agreement shall become null and void, the entire balance in the sum of $20,895.65 minus and previous payments will be immediately due and owing as of the first day of the following month and CARPENTERS shall use any means authorized by law to collect the balance due and owing, plus additional court costs and attorney fees. DESIGN FLOORING further agrees that, upon notice, they shall be required to appear before the Federal District Court in Springfield, Illinois, to show cause why they have not complied with the Settlement Agreement and shall be subject to contempt for failure to show reasonable cause therefor.

This Agreement entered into this 19½ day of March, 2002, by and between the parties above written.

CENTRAL ILLINOIS CARPENTERS
HEALTH & WELFARE TRUST FUND,

By: *[signature]*
Patrick J. O'Hara
Cavanagh & O'Hara
P.O. Box 5043
Springfield, IL 62705
(217) 544-1771

DAVE WOOLRIDGE d/b/a DESIGN FLOORING,

By: *[signature]*
Dave Woolridge, Sr.
217-664-3670

F:\files\CARPH&W\design.sa.wpd