**[KAV]ANAGH & O'HARA**
Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

Springfield Office
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

December 2, 2004

**SECOND AND FINAL NOTICE**

*Via Certified Mail and Regular Mail*
Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE:   *Central Illinois Carpenters Health and Welfare Trust Fund v. Dave Woolridge, Sr., d/b/a Design Flooring*
US District Court Case No. 01-3019

Dear Mr. Woolridge:

As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your November and December 2004 payments pursuant to same.

Please remit a *cashier's check or money order* in the amount of $835.82 to this office, representing the November and December payments due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, on or before Friday, December 10, 2004. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Tami M Williams*

Tami M. Williams
Paralegal

cc:   Fund Office/Janet Kerns

EXHIBIT B

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here 11/10/04
Total Postage & Fees $4.42    CIC H&W.

Sent To: Design Flooring
Street, Apt. No.; or PO Box No. 2120 S 6th St Box 162
City, State, ZIP+4 DeLand IL 61839

PS Form 3800, June 2002    See Reverse for Instructions

**VANAGH & O'HARA**
Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

Springfield Office
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

November 10, 2004

**T AND FINAL NOTICE**

*Via Certified Mail*
Design Flooring
Attn: Dave Woolridge, Sr.
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE:  Central Illinois Carpenters Health and Welfare Trust Fund v.
     Dave Woolridge, Sr., d/b/a Design Flooring
     US District Court Case No. 01-3019

Dear Mr. Woolridge:

As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your November 2004 payment pursuant to same.

Please remit a *cashier's check or money order* in the amount of $417.91 to this office, representing the November payment due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, <u>on or before</u> Friday, November 19, 2004. **Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due.** Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Tami M. Williams
Paralegal

cc:  Fund Office/Janet Kerns
     Dave Woolridge, via Regular Mail

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long
Britt W. Sowle

Of Counsel
Michael J. Masterson, P.C.

*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

October 25, 2005

## FINAL NOTICE

Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE:   Central Illinois Carpenters Health and Welfare Trust Fund v.
Dave Woolridge, Sr., d/b/a Design Flooring
US District Court Case No. 01-3019

Dear Mr. Woolridge:

As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your July, August, September and October 2005 payments pursuant to same.

Please remit a *cashier's check or money order* in the amount of $1,671.64 to this office, representing the July through October payments due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, **on or before** Wednesday November 2, 2005. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Tami M. Williams*
Tami M. Williams
Paralegal

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long
Britt W. Sowle

Of Counsel
Michael J. Masterson, P.C.

*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

October 25, 2005

## FINAL NOTICE

Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE:   *Central Illinois Carpenters Health and Welfare Trust Fund v.*
      *Dave Woolridge, Sr., d/b/a Design Flooring*
      *US District Court Case No. 01-3019*

Dear Mr. Woolridge:

     As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your July, August, September and October 2005 payments pursuant to same.

     **Please remit a *cashier's check or money order* in the amount of $1,671.64 to this office, representing the July through October payments due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, on or before Wednesday November 2, 2005. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing** my client including attorney's fees, court costs, and sheriff fees.

     Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Tami M Williams*
Tami M. Williams
Paralegal

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long

Of Counsel
Michael J. Masterson, P.C.

*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

August 25, 2005

## FINAL NOTICE

Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE:   *Central Illinois Carpenters Health and Welfare Trust Fund v.*
      *Dave Woolridge, Sr., d/b/a Design Flooring*
      US District Court Case No. 01-3019

Dear Mr. Woolridge:

   As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your July and August 2005 payments pursuant to same.

   Please remit a *cashier's check or money order* in the amount of $835.82 to this office, representing the July and August payments due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, on or before Wednesday August 31, 2005. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

   Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Tami M. Williams
Paralegal

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long

Of Counsel
Michael J. Masterson, P.C.

*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

June 20, 2005

**FINAL NOTICE**

Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE: Central Illinois Carpenters Health and Welfare Trust Fund v.
Dave Woolridge, Sr., d/b/a Design Flooring
US District Court Case No. 01-3019

Dear Mr. Woolridge:

As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your May 2005 and June 2005 payments pursuant to same.

Please remit a *cashier's check or money order* in the amount of $835.82 to this office, representing the May and June payments due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, on or before Tuesday, June 28, 2005. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Tami M Williams*

Tami M. Williams
Paralegal

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin *
* Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Springfield Office
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

March 15, 2005

**FINAL NOTICE**

Design Flooring
**Attn: Dave Woolridge, Sr.**
2120 South 6th St.
PO Box 162
De Land, Illinois 61839

RE: *Central Illinois Carpenters Health and Welfare Trust Fund v. Dave Woolridge, Sr., d/b/a Design Flooring*
US District Court Case No. 01-3019

Dear Mr. Woolridge:

As you know, this office serves as general counsel for the Central Illinois Carpenters Health & Welfare Trust Fund. Per the Settlement Agreement you executed in order to remit delinquent contributions and attorney's fees, it has come to our attention that you are delinquent in submitting your December 2004 payment pursuant to same.

Please remit a *cashier's check or money order* in the amount of $417.91 to this office, representing the December payment due, made payable to Central Illinois Carpenters Health & Welfare Trust Fund, on or before Friday, March 25. Please be advised, should you continue to fail to remit contributions, the Settlement Agreement will become null and void and the full amount will be due. Failure to do so will leave this office no other alternative but to immediately file with the United States District Court our Complaint against you for the full amount due and owing my client including attorney's fees, court costs, and sheriff fees.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Tami M. Williams
Paralegal