**E-FILED**
Thursday, 26 January, 2006  11:14:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS           )
HEALTH & WELFARE TRUST FUND,          )
MID-CENTRAL ILLINOIS DISTRICT         )
COUNCIL OF CARPENTERS and             )
CARPENTERS LOCAL 742,                 )
                                      )
     Plaintiffs,                     )
                                      )
vs.                                   )          No. 01-3019
                                      )
DAVE WOOLRIDGE SR, d/b/a              )
DESIGN FLOORING,                      )
                                      )
     Defendant.                      )

## ORDER FOR RULE TO SHOW CAUSE

     This cause coming on to be heard upon the petition of CENTRAL ILLINOIS

CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., and the Court having reviewed

same, finds that same should be granted.

     WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that DAVE

WOOLRIDGE, SR d/b/a DESIGN FLOORING, shall be, and hereby is ordered to be and appear

before this Court on the_____ day of _____, 2006 at _____.m., at the United

States District Court, Central District, Springfield Division, 600 East Monroe Street, Springfield,

Illinois, 62701, and then and there show what cause, if any they have, why they should not be

held in contempt of Court for their failure to abide by the March 19, 2002 Settlement Agreement.

     Entered this ____ day of _____, 2006.

 

                              _____
                                         Judge