IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS and CARPENTERS LOCAL 742, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) No. 01-3019 |
| DAVE WOOLRIDGE SR, d/b/a DESIGN FLOORING, | )<br>)<br>) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on January 26, 2006, I electronically filed a Petition for Rule to Show Cause with the Clerk of Court using the CM/ECF system and I hereby certify that on January 26, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Design Flooring
Attn: Dave Woolridge, Sr.
2120 South 6th Street
PO Box 162
De Land, Illinois 61839

Respectfully submitted,
s/britt w. sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com