IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS and CARPENTERS LOCAL 742, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVE WOOLRIDGE SR, d/b/a DESIGN FLOORING, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) )  No. 01-3019 ) ) ) ) ) ) |

**PETITION FOR RULE TO SHOW CAUSE**

NOW COMES the Plaintiff, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., hereinafter referred to as the "FUND," by and through its attorneys, Cavanagh & O'Hara, and for its Petition For Rule to Show Cause states to the Court as follows:

1. That on March 5, 2002, a Citation to Discover Assets was held, at which parties advised the Court that a payment plan would be put into effect to retire the balance of $12,555.25 representing employee benefit contributions for the months of April 1, 1999 through June 30, 2000, plus liquidated damages, interest and attorney fees and costs, for a balance of $19,765.68, plus nine percent (9%) interest per annum calculated on the $12,555.25 in contributions owed in the sum of $1,129.97 for a total amount due of $20,895.65.  Said Promissory Note and Settlement Agreement is attached hereto and incorporated herein as **Exhibit A**.

2. That Plaintiffs have made demand upon the Defendant for the amounts owed, pursuant to the Promissory Note and Settlement Agreement, for July 1, 2005 through current, but Defendant has refused to satisfy said demand.  The balance due as of July 1, 2005, is $18,388.19.  Such demand

is attached hereto and incorporated herein as Plaintiffs' **Exhibit B** .

3. Plaintiff hereby petitions this court for a Rule to Show Cause to issue requiring Defendant to appear and show cause why they should not be held in contempt of court for failure to comply with the Promissory Note and Settlement Agreement entered into on March 19, 2002.

WHEREFORE, Plaintiff prays that this Court enter an order upon the said Defendant, DAVE WOOLRIDGE SR. d/b/a DESIGN FLOORING, for them to show what cause, if any, they have, why they should not be held in contempt of court for their failure to abide by the March 19, 2002 Settlement Agreement.

> Respectfully submitted,
> s/Britt W. Sowle
> Britt W. Sowle
> Cavanagh & O'Hara
> 1609 North Illinois Street
> Swansea, Illinois 62226
> Phone: (618)222-5945
> Fax: (618)222-6755
> E-mail: britt@cavanagh-ohara.com