IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS and CARPENTERS LOCAL 742, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVE WOOLRIDGE SR, d/b/a DESIGN FLOORING, <br><br> Defendant. | No. 01-3019 |

**Certificate of Service**

I hereby certify that on January 30, 2006, I electronically filed a Petition for Rule to Show Cause with the Clerk of Court using the CM/ECF system and I hereby certify that on January 30, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

    Design Flooring
    Attn:   Dave Woolridge, Sr.
    2120 South 6th Street
    PO Box 162
    De Land, Illinois 61839

    Respectfully submitted,
    s/britt w. sowle
    Britt W. Sowle
    Cavanagh & O'Hara
    1609 North Illinois Street
    Swansea, Illinois 62226
    Phone: (618)222-5945
    Fax: (618)222-6755
    E-mail: britt@cavanagh-ohara.com