IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS and CARPENTERS LOCAL 742,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVE WOOLRIDGE SR, d/b/a DESIGN FLOORING,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 01-3019<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR RULE TO SHOW CAUSE

This cause coming on to be heard upon the petition of CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that DAVE WOOLRIDGE, SR d/b/a DESIGN FLOORING, shall be, and hereby is ordered to be and appear before this Court on the____ day of _____, 2006 at _____.m., at the United States District Court, Central District, Springfield Division, 600 East Monroe Street, Springfield, Illinois, 62701, and then and there show what cause, if any they have, why they should not be held in contempt of Court for their failure to abide by the March 19, 2002 Settlement Agreement.

Entered this ___ day of _____, 2006.

                                                                          _____
                                                                                 Judge